# EXHIBIT B

# Civil Docket Report

## Case Description

| | |
|---|---|
| Case ID: | 111102359 |
| Case Caption: | SCARDIGNO ETAL VS NEW JERSEY MANUFACTURERS INSURAN |
| Filing Date: | Wednesday, November 23rd, 2011 |
| Court: | MJ - MAJOR JURY |
| Location: | CH - City Hall |
| Jury: | J - JURY |
| Case Type: | 1J - BAD FAITH |
| Status: | CLWCM - WAITING TO LIST CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | A82933 | BARBIERO, MICHAEL L |
| Address: | OSTROFF INJURY LAW, PC 527 PLYMOUTH ROAD SUITE 413 PLYMOUTH MEETING PA 19462 (610)279-7000 | | Aliases: | none | |
| 2 | 1 | | PLAINTIFF | @7105181 | SCARDIGNO, LINDA |

| | | | | | |
|---|---|---|---|---|---|
| **Address:** | 3151 EMERALD BOULEVARD LONG POND PA 18334 | | **Aliases:** | none | |
| 3 | 1 | | PLAINTIFF | @7105182 | SCARDIGNO, MICHAEL |
| **Address:** | 3151 EMERALD BOULEVARD LONG PONG PA 18334 | | **Aliases:** | none | |
| 4 | | | DEFENDANT | @7105183 | NEW JERSEY MANUFACTURERS INSURANCE COMPANY |
| **Address:** | 301 SULLIVAN WAY WEST TRENTON NJ 08628 | | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 23-NOV-2011 02:22 PM | ACTIV - ACTIVE CASE | | | 23-NOV-2011 02:39 PM |
| **Docket Entry:** | E-Filing Number: 1111041026 | | | |
| 23-NOV-2011 02:22 PM | CIVIJ - COMMENCEMENT CIVIL ACTION JURY | BARBIERO, MICHAEL L | | 23-NOV-2011 02:39 PM |
| **Docket Entry:** | none. | | | |
| 23-NOV-2011 02:22 PM | CMPLT - COMPLAINT FILED NOTICE GIVEN | BARBIERO, MICHAEL L | | 23-NOV-2011 02:39 PM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 23-NOV-2011 02:22 PM | SSCG1 - SHERIFF'S SURCHARGE 1 DEFT | BARBIERO, MICHAEL L | | 23-NOV-2011 02:39 PM |
| **Docket Entry:** | *none.* | | | |
| 23-NOV-2011 02:22 PM | JURYT - JURY TRIAL PERFECTED | BARBIERO, MICHAEL L | | 23-NOV-2011 02:39 PM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 23-NOV-2011 02:22 PM | CLWCM - WAITING TO LIST CASE MGMT CONF | BARBIERO, MICHAEL L | | 23-NOV-2011 02:39 PM |
| **Docket Entry:** | *none.* | | | |
| 05-DEC-2011 03:18 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | BARBIERO, MICHAEL L | | 05-DEC-2011 03:39 PM |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON NEW JERSEY MANUFACTURERS INSURANCE COMPANY BY CERTIFIED MAIL ON 11/30/2011 FILED. (FILED ON BEHALF OF MICHAEL SCARDIGNO AND LINDA SCARDIGNO) | | | |