## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA SCARDIGNO and    :
MICHAEL SCARDIGNO, Husband and Wife :  CIVIL ACTION NO.: 2:11-cv-07753
            :
      Plaintiffs,  :
            :
  vs.          :
            :
NEW JERSEY MANUFACTURERS  :
INSURANCE COMPANY     :
            :
      Defendant. :

## STIPULATION OF DISMISSAL
## UNDER RULE 41(a) (1)(A)(ii)

The parties have reached a settlement in the above-captioned case and stipulate that the above-captioned action should be dismissed with prejudice. The parties reserve the right to proceed under Local Rule of Civil Procedure 41.1(b).

Respectfully submitted,

OSTROFF INJURY LAW      CURTIN & HEEFNER, LLP

By: _____    By: _____
JONATHAN OSTROFF, ESQUIRE    FRANK S. GUARRIERI, ESQUIRE
MICHAEL L. BARBIERO, ESQUIRE   PA I.D. No.: 25922
PA I.D. Nos.: 57968/82933     250 N. Pennsylvania Avenue
527 Plymouth Road, Suite 413    Morrisville, PA 19067
Plymouth Meeting, PA 19462    (215) 736-2521
(610) 279-7000        fsg@curtinheefner.com
mbarbiero@ostrofflaw.com     Attorney for Defendant,
Attorney for Plaintiffs      New Jersey Manufacturers Insurance Company